

**ORDERED in the Southern District of Florida on January 2, 2013.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

FELIPE ALBERTO CALDERA,                           Case No. 11-33482-BKC-AJC

                                                  Chapter 7
    Debtor.
_____ /

AJNAP L.L.C.,
                                                  Adv. Pro. No. 12-01095-AJC
    Plaintiff,

v.

FELIPE ALBERTO CALDERA,

    Defendant.
_____ /

### FINAL JUDGMENT OF NON-DISCHARGEABILITY

THIS MATTER came before the Court in chambers in accordance with the *Order Granting Motion for Entry of Order Approving Settlement Agreement Between AJNAP LLC and Felipe Alberto Caldera to Resolve Adversary Proceeding* [Case No. 11-33482-AJC, ECF No. 112] whereby the Court approved that certain Settlement Agreement by and among Plaintiff AJNAP L.L.C. ("AJNAP"), Defendant Felipe Alberto Caldera ("Caldera"), and Fab Air

Corporation dated as of September 10, 2012 (the "Settlement Agreement") that resolves this lawsuit by the agreement of the parties. By the Settlement Agreement, Caldera has, *inter alia*, (a) acknowledged that Caldera and Fab Air Corporation are jointly and severally obligated to pay AJNAP $10,707,244.82 (the "Indebtedness"), (b) consented to the entry of final judgment by this Court against him determining the full amount of such Indebtedness, including any interest, fees, costs or other amounts accruing after the date of the Settlement Agreement to be non-dischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A) and (B), and (c) consented to the modification of the automatic stay consistent with the terms of the Settlement Agreement. Therefore, the Court, having considered the record in this adversary proceeding and the Caldera's bankruptcy case (Case No. 11-33482-AJC), and being otherwise fully advised in the premises, does in accordance with the terms of the Settlement Agreement, ORDER as follows:

1. JUDGMENT IS ENTERED pursuant to 11 U.S.C. §§ 523(a)(2)(A) and (B) determining the full amount of such Indebtedness, $10,707,244.82, plus any interest, fees, costs or other amounts accruing after the date of the Settlement Agreement to be non-dischargeable and excepted from discharge.

2. The automatic stay in effect pursuant to 11 U.S.C. § 362(a) is MODIFIED to allow AJNAP, consistent with the Settlement Agreement, to (i) obtain entry of a judgment against Caldera by a state court with respect to the Indebtedness, (ii) record and domesticate any judgments relating to the Indebtedness, and (iii) take other actions permitted under the Settlement Agreement, including execution of judgment if Caldera fails to comply with the terms of the Settlement Agreement.

###

Submitted by:
Jeffrey I. Snyder Esq
Bilzin Sumberg Baena Price & Axelrod, LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Copy furnished to:
Jeffrey I. Snyder, Esq., who shall serve a copy of this order on all interested parties and file a certificate of service